FILED

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0372

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0372

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BRYCE CALEB HAMERNICK,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefore,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including March 9, 2023, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 31 2023